Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of __Oregon__
(State)

Case number (*If known*): __26-30628__ Chapter __11__

US BANKRUPTCY COURT
DISTRICT OF OREGON

2026 FEB 25  PM 2: 23

PAID $1738 REC'D _____
Check

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Brink Investments, Inc |
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 46 – 4 8 9 8 8 1 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6134 SE 111th Ave <br> Number    Street | <br> Number    Street |
| | PO Box 66233 <br> P.O. Box |
| Portland          OR   97266 <br> City          State   ZIP Code | Portland          OR   97290 <br> City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Multnomah <br> County | <br> Number    Street |
| | <br> City          State   ZIP Code |

5. **Debtor's website (URL)** _____

Debtor    Brink Investments, Inc                                Case number *(if known)*_____
            Name

**6. Type of debtor**

  ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

  ❑ Partnership (excluding LLP)

  ❑ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

  ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

  ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

  ❑ Railroad (as defined in 11 U.S.C. § 101(44))

  ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

  ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

  ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

  ☒ None of the above

B. *Check all that apply:*

  ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

  ☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

  ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

  ❑ Chapter 7

  ❑ Chapter 9

  ☒ Chapter 11. *Check **all** that apply:*

      ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

      ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

      ❑ A plan is being filed with this petition.

      ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

  ❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

❑ Yes.  District _____  When _____  Case number _____
                                MM / DD / YYYY

         District _____  When _____  Case number _____
                                  MM / DD / YYYY

Debtor    **Brink Investments, Inc**                          Case number (if known)_____
                  Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____
                                                                    MM  /  DD  / YYYY

Case number, if known _____

**11. Why is the case filed in _this district_?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                                          Number          Street

_____

_____
City                                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor  **Brink Investments, Inc** _____    Case number *(if known)*_____
        Name

| **15. Estimated assets** | ❑ $0-$50,000<br>❑ $50,001-$100,000<br>❑ $100,001-$500,000<br>❑ $500,001-$1 million | ☒ $1,000,001-$10 million<br>❑ $10,000,001-$50 million<br>❑ $50,000,001-$100 million<br>❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion<br>❑ $1,000,000,001-$10 billion<br>❑ $10,000,000,001-$50 billion<br>❑ More than $50 billion |
|---|---|---|---|
| **16. Estimated liabilities** | ❑ $0-$50,000<br>❑ $50,001-$100,000<br>❑ $100,001-$500,000<br>❑ $500,001-$1 million | ☒ $1,000,001-$10 million<br>❑ $10,000,001-$50 million<br>❑ $50,000,001-$100 million<br>❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion<br>❑ $1,000,000,001-$10 billion<br>❑ $10,000,000,001-$50 billion<br>❑ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02 25 2026
        MM / DD / YYYY

✗ _Isaac Romayor_ (signature) _____     Isaac Romayor _____
Signature of authorized representative of debtor        Printed name

Title  Vice President _____

**18. Signature of attorney**

✗ _____     Date _____
Signature of attorney for debtor        MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____    State    ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

Fill in this information to identify the case:

Debtor name ___Brink Investments, Inc___

United States Bankruptcy Court for the: _____ District of ___Oregon___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Silver HillCapital, LLC aka Silver Hill Funding 4425 Ponce de Leon Blvd, Suite 300 Coral Gables, FL. 33146 | Ken Cooper 866-616-0330 KennethCooper@silverhillcap.com | Commercial Mortgage/ Bank Loan | Disputed | 1,285,392.56 | 1,650,000.00 | |
| Silver Hill Funding 4425 Ponce de Leon Blvd, Suite 300 Coral Gables, FL. 33146 | Same as above | Commercial Mortgage/ Bank Loan | Disputed | Same as above | Same as above | |
| Mark O'Donnell 1 Centerpointe Dr. Lake Oswego, OR 97035 | Mark O'Donnell 503-274-1154 mark@odlf.net | Promissory Note Business Loan | | 295.000.00 | 1,650.000.00 | |
| Aldridge Pite, LLP 111 SW Columbia St. Suite 950 Portland, OR. 97201 | | | | | | |

Debtor _____  Case number (*if known*)_____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# Creditor Matrix

Silver Hill Funding 700 S Royal Poinciana Blvd Ste 400 Miami Springs FL 33166

Aldridge Pite LLP 111 SW Columbia St Ste 950 Portland OR 97201

Clear Recon Corp 111 SW Columbia St Ste 950 Portland OR 97201

# Brink Investments Inc

PO Box 66233
Portland, Oregon 97290
503-764-9062
503-384-2296 fax

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF BRINK INVESTMENTS, INC.

**EFFECTIVE DATE: February 25, 2026**

The undersigned, being the sole member of the Board of Directors of **Brink Investments, Inc.**, an Oregon corporation (the "Corporation"), hereby adopts the following resolutions by unanimous written consent in accordance with the Oregon Business Corporation Act:

**APPOINTMENT OF VICE PRESIDENT RESOLVED**, that **Isaac Romayor** is hereby appointed as **Vice President** of the Corporation, effective immediately, to serve until his successor is duly elected and qualified or until his earlier resignation or removal.

**AUTHORIZATION TO FILE FOR BANKRUPTCY RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of **Chapter 11 of Title 11 of the United States Code** (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the President and the newly appointed Vice President of the Corporation are, and each of them hereby is, authorized and directed on behalf of the Corporation to execute and verify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Oregon at such time as said officer shall determine.

**GENERAL AUTHORIZATION RESOLVED**, that the officers of the Corporation are authorized to take any and all further actions and to execute and deliver any and all further documents as may be necessary or appropriate to carry out the intent and purposes of the foregoing resolutions.

**IN WITNESS WHEREOF**, the undersigned has executed this Unanimous Written Consent as of the date first set forth above.

**DIRECTOR:**

*Edward Romayor*

**Edward Romayor** *Sole Director and President*